| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Childs, Julianna M. | 2. Court or Organization<br><br>U.S. District Court, SC | 3. Date of Report<br><br>05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>Mathew J. Perry, Jr. U.S. Courthouse<br>901 Richland Street, 3rd Floor<br>Columbia, SC 29201 |
|---|

| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | �ના████████ , LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | �username - salary |
| 2. | 2018 | ▮▮▮▮▮ - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA | 1/18/2018 - 1/20/2018 | Honolulu, HI | 2018 Winter Leadership Meeting | Lodging, Airfare, Ground Transportation |
| 2. | ABA | 1/25/2018 - 1/27/2018 | Whistler, British Columbia | Section of Litigation, 2018 Joint CLE Seminar | Lodging, Airfare, Ground Transportation |
| 3. | ABA | 2/1/201/ - 2/3/2018 | Vancouver, British Columbia | The Judicial Division & National Conference of Federal Trial Judge's Midyear Meeting | Lodging, Airfare, Meals |
| 4. | NYU | 2/23/2018 - 2/25/2018 | Manhasset, NY | Seminar for Federal Judges on International Human Rights and Humanitarian Law | Lodging, Airfare, Ground Transportation |

| | | | | |
|---|---|---|---|---|
| 5. | ABA | 3/23/2018 - 3/24/2018 | Clearwater, FL | Employee Rights and Responsibilities Committee Mid-Winter Meeting | Lodging, Airfare, Ground Transportation |
| 6. | ABA | 5/1/2018 - 5/4/2018 | San Diego, CA | 2018 Litigation Section Annual Conference | Lodging, Airfare, Ground Transportation |
| 7. | Federal Judges Assoc. | 5/5/2018 - 5/6/2018 | Washington, D.C. | Board of Directors Meeting | Lodging, Airfare, Ground Transportation |
| 8. | American Law Institute | 5/21/2018 - 5/23/2018 | Washington, D.C. | 95th Annual Meeting | Lodging, Special Event Ticket, Airfare, Ground Transportation |
| 9. | Duke School of Law | 6/21/2018 - 6/22/2018 | Denver, CO | Guidelines & Best Practices re: Diversifying Leadership Positions in Law | Airfare, Lodging, Meals, Ground Transportation |
| 10. | ABA | 7/26/2018 - 7/28/2018 | Santa Fe, NM | Current Developments in Employment Law | Airfare, Lodging, Ground Transportation, Meals |
| 11. | ABA | 8/3/2018 - 8/5/2018 | Chicago, IL | Judicial Division and National Conference of Federal Trial Judges | Airfare, Lodging, Meals |
| 12. | ABA | 9/27/2018 - 9/29/2018 | Louisville, KY | 2018 Section of Litigation Fall Leadership Meeting | Airfare, Lodging, Ground Transportation |
| 13. | Exterro | 10/21/2018 - 10/23/2018 | Portland, OR | inFusion eDiscovery Conference | Airfare, Lodging, Ground Transportation |
| 14. | George Mason Univ. | 10/21/2018 - 10/23/2018 | Arlington, VA | Symposium on the Law and Economics of Criminal Justice Reform | Airfare, Lodging, Meals, Ground Transportation |
| 15. | National Judicial College | 11/5/2018 - 11/8/2018 | Reno, NV | Designing & Presenting Programs Effectively | Airfare, Lodging, Ground Transportation |
| 16. | Georgetown University School of Law | 11/15/2018-11/16/2018 | Washington, DC | 15th Annual Advanced eDiscovery Institute | Airfare, Ground Transportation, Lodging |
| 17. | Sandpiper Partners LLC; | 12/12/2018-12/13/2018 | New York, NY | Innovation in e-Discovery Conference | Airfare, Ground Transportation, Lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Childs, Julianna M. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | AA Advantage-American Airlines | Credit Card | K |
| 2. | South Crest Bank | Mortgage on Rental Property #2 | M |
| 3. | First Citizens Bank | Mortgage on Rental Property #3 | L |
| 4. | United Mileage Plus Awards | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Wells Fargo Bank (cash) | A | Interest | L | T | | | | | |
| 2.  South Carolina Community Bank (cash) | A | Interest | J | T | | | | | |
| 3.  Carolinas Telco Federal Credit Union Account (cash) | A | Int./Div. | J | T | | | | | |
| 4.  Mass Mutual-Whole Life | A | Interest | K | T | | | | | |
| 5.  _____ / Properties | | None | P1 | U | | | | | |
| 6.  Rental Property #1, Columbia, SC | D | Rent | M | W | | | | | |
| 7.  Rental Property #2, Fayetteville, GA | E | Rent | M | W | | | | | |
| 8.  Rental Property #3, Columbia, SC | E | Rent | M | W | | | | | |
| 9.  Raintree Vacations Time Share | D | Rent | J | W | | | | | |
| 10.  529 PLAN #1 (H) | | | | | | | | | |
| 11.  Columbia 529 Growth AG AGG TRK (CGAGX) | | None | L | T | | | | | |
| 12.  BROKERAGE #1 (H) | | | | | | | | | |
| 13.  Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 14.  American Fundamental Inv F2 (FINFX) | B | Dividend | K | T | Buy (add'l) | 06/08/18 | J | | |
| 15. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 16.  AQR Managed Futures Strategy I (AQMIX) | | None | J | T | Sold (part) | 06/08/18 | J | | |
| 17.  Blackstone ALT Multi-Strat Inst (BXMIX) | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brandes Intl Sm Cap Eq I (BISMX) | A | Dividend | J | T | | | | | |
| 19. Calvert Emerging Markets (CVMIX) | A | Dividend | J | T | Buy | 06/08/18 | J | | |
| 20. Deutsche GLB Infrastructure S (TOLSX) | A | Dividend | | | Sold | 06/08/18 | J | | |
| 21. Franklin Covertible SEC ADV (FCSZX) | C | Dividend | K | T | Buy (add'l) | 06/08/18 | K | | |
| 22. Guggenheim Total Return BD I (GIBIX) | A | Dividend | J | T | Buy | 06/08/18 | K | | |
| 23. Invesco Diversified Dividend (LCEYX) | A | Dividend | | | Sold | 06/08/18 | K | C | |
| 24. Invesco Premier Inst (IPPXX) | A | Dividend | J | T | | | | | |
| 25. IShares Edge MSCI Min Vol USA (USMV) | A | Dividend | K | T | Buy | 06/08/18 | K | | |
| 26. JPMorgan US Large Cap Core Pls I (JLPSX) | B | Dividend | | | Sold | 06/08/18 | J | A | |
| 27. Metropolitan West Tot Bd I (MWTIX) | A | Dividend | K | T | Sold (part) | 06/08/18 | J | | |
| 28. MSIF Global Franchise Inst (MSFAX) | B | Dividend | | | Sold | 06/08/18 | K | D | |
| 29. PGIM (formerly Prudential) Jennison SM Comp Z (PSCZX) | C | Dividend | K | T | Buy (add'l) | 06/08/18 | J | | |
| 30. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 31. Pimco EQS Long/Short Term P (PMHBX) | A | Dividend | J | T | Buy (add'l) | 06/08/18 | J | | |
| 32. Pimco Income P (PONPX) | C | Dividend | K | T | Buy (add'l) | 06/11/18 | J | | |
| 33. Principal Midcap Instl (PCBIX) | C | Dividend | K | T | Buy (add'l) | 12/31/18 | J | | |
| 34. T Rowe Price Growth Stock ADV (PRGFX) | B | Dividend | K | T | Buy (add'l) | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/08/18 | K | D | |
| 36. Tweedy Brown Global Val Fd (TBGVX) | C | Dividend | L | T | Buy (add'l) | 06/08/18 | K | | |
| 37. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 38. Virtus NWFLT MLTSEC SHTM BD I (PIMSX) | A | Dividend | K | T | Buy (add'l) | 06/11/18 | J | | |
| 39. Virtus Vontobel EMRG MKT OPP I (HIEMX) | A | Dividend | J | T | Sold (part) | 06/08/18 | J | B | |
| 40. BROKERAGE #2 (H) | | | | | | | | | |
| 41. Morgan Stanley Bank (Cash) (X) | A | Interest | J | T | | | | | |
| 42. Morgan Stanley Unit Invstmt Trust | A | Interest | J | T | | | | | |
| 43. American Funds Europacific Growth Fund (AEPCX) | A | Dividend | J | T | | | | | |
| 44. IRA #1 (H) | | | | | | | | | |
| 45. AQR Managed Futures Strategy I (AQMIX) | | None | J | T | Buy (add'l) | 02/06/18 | J | | |
| 46. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 47. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 48. Blackstone Alt Mult-Strat Inst (BXMIX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 49. Brandes Intl Small Cap Eq I (BISMX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 50. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 51. | | | | | Buy (add'l) | 12/18/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 53. Franklin Convertible Sec ADV (FCSZX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 54. Invesco Diversified Div Y (LCEYX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 55. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 56. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 57. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 58. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 59. Pimco EQS Long/Short Term P (PMHBX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 60. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 61. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 62. Pimco Income P (PONPX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 63. Pincipal Midcap Instl (PCBIX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 64. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 65. PGIM (formerly Prudential) Jennison Sm Comp Z (PSCZX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 66. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 67. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 68. | | | | | Buy (add'l) | 12/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. T Rowe Price Growth Stock (PRGFX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 70. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 71. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 72. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 73. Tweedy Brown Global Val Fd (TBGVX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 74. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 75. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 76. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 77. Virtus Vontobel Emerg Mkt Opp I (HIEMX) | A | Dividend | J | T | Buy (add'l) | 12/17/18 | J | | |
| 78. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 79. IRA #2 (H) | | | | | | | | | |
| 80. Morgan Stanley Bank (Cash) (X) | A | Interest | J | T | | | | | |
| 81. IShares Edge MSCI Min Vol USA (USMV) | B | Dividend | L | T | Buy | 03/05/18 | K | | |
| 82. | | | | | Buy (add'l) | 09/24/18 | K | | |
| 83. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 84. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 85. | | | | | Buy (add'l) | 12/20/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 87. AMERICAN FUNDAMENTAL INV F2 (FINFX) | A | Dividend | | | Buy (add'l) | 02/06/18 | J | | |
| 88. | | | | | Sold (part) | 03/05/18 | J | A | |
| 89. | | | | | Sold (part) | 09/24/18 | J | A | |
| 90. | | | | | Sold | 11/19/18 | K | A | |
| 91. AMERICAN GW FD OF AMERICA F2 (GFFFX) | B | Dividend | J | T | Sold (part) | 03/05/18 | J | A | |
| 92. | | | | | Sold (part) | 09/24/18 | J | A | |
| 93. | | | | | Sold (part) | 11/19/18 | J | A | |
| 94. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 95. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 96. AMERICAN WA MUTUAL F2 (WMFFX) | A | Dividend | K | T | Buy | 11/19/18 | K | | |
| 97. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 98. AQR MNGD FUTURES STRAT I (AQMIX) | | None | J | T | Buy (add'l) | 02/06/18 | J | | |
| 99. | | | | | Sold (part) | 03/05/18 | J | | |
| 100. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 101. BLACKSTONE ALT MULT-STRAT INST (BXMIX) | A | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 102. DEUTSCHE GLB INFRASTRUCTURE S (TOLSX) | A | Dividend | | | Buy (add'l) | 02/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 06/18/18 | J | | |
| 104. FRANKLIN CONVERTIBLE SEC ADV (FCSZX) | B | Dividend | K | T | Buy (add'l) | 06/18/18 | J | | |
| 105. | | | | | Buy (add'l) | 07/12/18 | J | | |
| 106. | | | | | Sold (part) | 11/19/18 | J | | |
| 107. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 108. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 109. Guggenheim Total Return BD I (GIBIX) | A | Dividend | J | T | Buy | 03/05/18 | J | | |
| 110. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 111. HARTFORD INTL VALUE I (HILIX) | B | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 112. | | | | | Sold (part) | 03/05/18 | J | A | |
| 113. | | | | | Sold (part) | 07/12/18 | J | A | |
| 114. | | | | | Sold (part) | 09/24/18 | K | A | |
| 115. | | | | | Buy (add'l) | 11/19/18 | K | | |
| 116. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 117. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 118. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 119. INVESCO DIVERSIFIED DIVIDEND Y (LCEYX) | B | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 03/05/18 | J | A | |
| 121. | | | | | Sold (part) | 09/24/18 | J | A | |
| 122. | | | | | Sold (part) | 11/19/18 | J | A | |
| 123. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 124. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 125. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 126. INVESCO PREMIER INST (IPPXX) | A | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 127. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 128. | | | | | Buy (add'l) | 11/19/18 | J | | |
| 129. JOHN HANCOCK INTL GROWTH I (GOGIX) | A | Dividend | J | T | Sold (part) | 03/05/18 | J | A | |
| 130. | | | | | Sold (part) | 06/18/18 | J | A | |
| 131. | | | | | Sold (part) | 07/12/18 | J | A | |
| 132. | | | | | Sold (part) | 11/19/18 | J | | |
| 133. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 134. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 135. JPMORGAN US LG CP CORE PLS I (JLPSX) | | None | | | Buy (add'l) | 02/06/18 | J | | |
| 136. | | | | | Sold (part) | 03/05/18 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 11/19/18 | J | | |
| 138. LAZARD EMERG MKTS CORE EQ I (ECEIX) | A | Dividend | | | Sold (part) | 03/05/18 | J | A | |
| 139. | | | | | Sold | 09/24/18 | J | | |
| 140. METROPOLITAN WEST TOT RET BD I (MWTIX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 141. | | | | | Sold (part) | 03/05/18 | J | | |
| 142. | | | | | Buy (add'l) | 09/24/18 | J | | |
| 143. | | | | | Sold (part) | 11/19/18 | J | | |
| 144. PGIM (FORMERLY PRUDENTIAL) JENNISON SM COMP Z (PSCZX) | B | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 145. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 146. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 147. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 148. PIMCO EQS LONG/SHORT P (PMHBX) | B | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 149. | | | | | Buy (add'l) | 03/05/18 | J | | |
| 150. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 151. PIMCO INCOME P (PONPX) | C | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 152. | | | | | Sold (part) | 11/19/18 | J | | |
| 153. PIMCO LOW DURATION I2 | A | Dividend | J | T | Buy | 11/19/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Childs, Julianna M. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. PRINCIPAL MIDCAP INSTL (PCBIX) | B | Dividend | K | T | Sold (part) | 03/05/18 | J | B | |
| 155. | | | | | Sold (part) | 11/19/18 | J | A | |
| 156. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 157. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 158. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 159. T ROWE PRICE GROWTH STOCK (PRGFX) | A | Dividend | J | T | Sold (part) | 03/05/18 | J | B | |
| 160. | | | | | Sold (part) | 09/24/18 | J | A | |
| 161. | | | | | Sold (part) | 11/19/18 | J | A | |
| 162. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 163. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 164. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 165. TWEEDY BROWN GLOBAL VALUE FD (TBGVX) | B | Dividend | K | T | Buy (add'l) | 02/06/18 | J | | |
| 166. | | | | | Sold (part) | 03/05/18 | J | A | |
| 167. | | | | | Sold (part) | 06/18/18 | J | A | |
| 168. | | | | | Sold (part) | 07/12/18 | J | A | |
| 169. | | | | | Buy (add'l) | 09/24/18 | K | | |
| 170. | | | | | Sold (part) | 11/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 172. VIRTUS NWFLT MLTSEC SHTM BD I (PIMSX) | A | Dividend | J | T | Buy (add'l) | 02/06/18 | J | | |
| 173. | | | | | Sold (part) | 03/05/18 | J | A | |
| 174. | | | | | Sold (part) | 11/19/18 | J | | |
| 175. VIRTUS VONTOBEL EMRG MKT OPP I (HIEMX) | | None | | | Sold (part) | 03/05/18 | J | A | |
| 176. | | | | | Sold | 09/24/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 5: Previously            ; see 2017, line 5.

Part VII, line 9: The right to use or rent is not restricted to a specific location.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Julianna M. Childs**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544